THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. GLENN W. TREICHLER, Respondent.— Judgment and order affirmed, with costs. All concurred, except Foote, J., who dissented.

HUGO P. STRECKFUS, Respondent, v. WILLIAM M. SILLIMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

HENRY F. SHERIDAN, Respondent, v. M. SALZMAN COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

THOMAS SEARS, as Administrator, etc., Respondent, v. THE SMITH TRUCKING COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Petition of HERBERT S. SISSON, as State Commissioner of Excise, for an Injunction Order Restraining SAMUEL HERTZBERG from Trafficking in Liquors under the Authority of Liquor Tax Certificate No. 11962 Issued to Him.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

JOHN J. McGROSSO, Appellant, v. RUTH C. McGROSSO, Respondent.— Order dismissing appeal vacated upon condition that appellant pay to respondent's attorney ten dollars.

THE RUDOLPH WURLITZER MANUFACTURING COMPANY, Appellant, v. TONAWANDA POWER COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Application of GEORGE W. ROBINSON and ALBERT H. HOFFMAN, Respondents, for an Order Directing the Calling and Holding of a Special Town Meeting in the Town of Porter in the County of Niagara for the Submission of the Four Propositions under the Local Option Provisions of Section 13 of the Liquor Tax Law. GEORGE F. MONAHAN, Intervenor, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

FRANK C. DERR and Others, Respondents, v. ALICE E. WILLIAMS and Others, Appellants.— Stay granted pending appeal, upon condition that appellants furnish to respondents insurance policy covering interest of respondents in the property to be sold.